# COMPOSITE EXHIBIT "D"

## COPYRIGHT ASSIGNMENT & TRANSFER

WHEREAS, Robert Stevens, an individual residing in Palm Beach County, Florida ("AUTHOR"), has created multiple original works of authorship fixed in a tangible medium of expression ("WORKS"), namely the following material:

1. **SELECTED 2005 PHOTOGRAPHS GHY INCLUDING IBIS ISLE AND ADMIRALS COVE (Copyright Reg. No. VA 2-201-275).**

WHEREAS, AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("ASSIGNEE"), a Florida Corporation, is desirous of acquiring the entire right, title, and interest in and to said WORKS and in and to any copyrights thereon arising and/or granted in the United States and foreign countries;

NOW, THEREFORE, for other goods and valuable consideration received by AUTHOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged by said AUTHOR:

1. AUTHOR does hereby sell, assign, transfer, and convey unto ASSIGNEE, the entire right, title, and interest in and to said WORKS and in and to any and all copyrights on said WORKS that may arise and/or may be granted in the United States and any foreign country, and including each and every derivative WORKS arising from said WORKS, whether these rights are existing, contingent, expectant, or otherwise, including without limitation all existing or potential causes of action and claims including, without limitation, those for infringement. These rights apply to:

    a) the preexisting copyright registrations listed above herein; and

b) any other copyright registrations that may arise and/or may be granted in the United States and any foreign country, including registrations for each and every derivative WORK arising from said WORKS.

2. AUTHOR does hereby covenant and agree to cooperate with ASSIGNEE such that ASSIGNEE may enjoy to the fullest extent the right, title, and interest herein conveyed. Such cooperation shall include:

a) prompt execution of all papers (prepared at ASSIGNEE's expense) which are deemed necessary or desirable by ASSIGNEE to perfect in it the right, title, and interest herein conveyed;

b) prompt execution of all petitions, oaths, specifications, declarations, or other papers (prepared at ASSIGNEE's expense) which are deemed necessary or desirable by ASSIGNEE for obtaining copyright registration in the United States and/or foreign countries covering said WORKS or works derived from said WORKS; and

c) prompt assistance and cooperation in the prosecution of legal proceedings involving said WORKS or derivative works therefrom, said registrations granted thereon, including proceedings before any Copyright Office of the United States or any foreign country, and court actions, provided that any expense which may be incurred by said AUTHOR in lending such assistance and cooperation be paid by ASSIGNEE.

3. The terms, covenants, and provisions of this assignment shall inure to the benefit of ASSIGNEE, its agents, successors, assigns, and/or other legal representatives, and shall be binding upon AUTHOR, his heirs, officers, directors, stockholders, agents, servants, representatives, employees, subsidiaries, affiliates, partners, predecessors, successors, and/or assigns.

4.  AUTHOR warrants and represents that he has not entered into any assignment, contract, or understanding in conflict herewith.

5.  This instrument contains the entire and only agreement between the parties and supersedes all preexisting agreements between them in regards to its subject matter. Any representation, promise, or condition in connection with said subject matter that is not incorporated in this agreement shall not be binding upon either party. No modification, renewal, extension, and/or waiver of this agreement or any of its provisions shall be binding upon the party against whom enforcement is sought, unless made in writing and signed on behalf of such party by one in authority to do so.

IN WITNESS WHEREOF, the ASSIGNOR has executed and delivered this instrument this 21 day of October, 2020.

Robert Stevens

*/s/ Robert Stevens*

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF ~~PALM BEACH~~ )
        Indian River (RN)

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 21 day of October, 2020 by Robert Stevens, who ☐ is personally known to me or ☑ who has produced  license  as identification.

(Seal)

Lorry Anne Hoover
Comm. #GG929461
Expires: Nov. 5, 2023
Bonded Thru Aaron Notary

*/s/ Lorry Anne Hoover*
Notary Public's Signature

Lorry Anne Hoover
Notary Public's Printed Name

Page 3 of 3

## COPYRIGHT ASSIGNMENT & TRANSFER

WHEREAS, Robert Stevens, an individual residing in Palm Beach County, Florida ("AUTHOR"), has created multiple original works of authorship fixed in a tangible medium of expression ("WORKS"), namely the following material:

**PHOTOSTORE COLLECTION 2008 (Copyright Reg. No. VA 1-881-439)**
**GROUP REGISTRATION PHOTOS (Copyright Reg. No. VA 1-939-561)**
**GROUP REGISTRATION PHOTOS (Copyright Reg. No. VA 1-943-416)**

WHEREAS, AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("ASSIGNEE"), a Florida Corporation, is desirous of acquiring the entire right, title, and interest in and to said WORKS and in and to any copyrights thereon arising and/or granted in the United States and foreign countries;

NOW, THEREFORE, for other goods and valuable consideration received by AUTHOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged by said AUTHOR:

1. AUTHOR does hereby sell, assign, transfer, and convey unto ASSIGNEE, the entire right, title, and interest in and to said WORKS and in and to any and all copyrights on said WORKS that may arise and/or may be granted in the United States and any foreign country, and including each and every derivative WORKS arising from said WORKS, whether these rights are existing, contingent, expectant, or otherwise, including without limitation all existing or potential causes of action and claims including, without limitation, those for infringement. These rights apply to:

    a) the preexisting copyright registrations listed above herein; and

b) any other copyright registrations that may arise and/or may be granted in the United States and any foreign country, including registrations for each and every derivative WORK arising from said WORKS.

2. AUTHOR does hereby covenant and agree to cooperate with ASSIGNEE such that ASSIGNEE may enjoy to the fullest extent the right, title, and interest herein conveyed. Such cooperation shall include:

a) prompt execution of all papers (prepared at ASSIGNEE's expense) which are deemed necessary or desirable by ASSIGNEE to perfect in it the right, title, and interest herein conveyed;

b) prompt execution of all petitions, oaths, specifications, declarations, or other papers (prepared at ASSIGNEE's expense) which are deemed necessary or desirable by ASSIGNEE for obtaining copyright registration in the United States and/or foreign countries covering said WORKS or works derived from said WORKS; and

c) prompt assistance and cooperation in the prosecution of legal proceedings involving said WORKS or derivative works therefrom, said registrations granted thereon, including proceedings before any Copyright Office of the United States or any foreign country, and court actions, provided that any expense which may be incurred by said AUTHOR in lending such assistance and cooperation be paid by ASSIGNEE.

3. The terms, covenants, and provisions of this assignment shall inure to the benefit of ASSIGNEE, its agents, successors, assigns, and/or other legal representatives, and shall be binding upon AUTHOR, his heirs, officers, directors, stockholders, agents, servants, representatives, employees, subsidiaries, affiliates, partners, predecessors, successors, and/or assigns.

4.   AUTHOR warrants and represents that he has not entered into any assignment, contract, or understanding in conflict herewith.

5.   This instrument contains the entire and only agreement between the parties and supersedes all preexisting agreements between them in regards to its subject matter. Any representation, promise, or condition in connection with said subject matter that is not incorporated in this agreement shall not be binding upon either party. No modification, renewal, extension, and/or waiver of this agreement or any of its provisions shall be binding upon the party against whom enforcement is sought, unless made in writing and signed on behalf of such party by one in authority to do so.

IN WITNESS WHEREOF, the ASSIGNOR has executed and delivered this instrument this 6 day of February, 2017.

Robert Stevens
_____

STATE OF FLORIDA            )
                            ) ss.
COUNTY OF PALM BEACH        )

Sworn to and subscribed before me this 6 day of February, 2017.

☐ Personally known to me          ☒ Produced identification FL Drivers License

_____
Notary Public's Signature

(Seal)

Alexander Jackson
Notary Public's Printed Name

Notary Public State of Florida
Alexander Jackson
My Commission GG 037636
Expires 10/11/2020

4843-7862-5090, v. 1

## COPYRIGHT ASSIGNMENT & TRANSFER

WHEREAS, Robert Stevens, an individual residing in Palm Beach County, Florida ("AUTHOR"), has created multiple original works of authorship fixed in a tangible medium of expression ("WORKS"), namely the following material:

1. **TITLED CHOSEN PHOTOGRAPHS FROM 2009 (Copyright Reg. No. VA 1-885-604);**
2. **CATALOG OF JULY 2013 PICTURES (Copyright Reg. No. VA 1-947-093); and**
3. **PALM BEACH BIKE PATH (file name Palm Beach Bike path a 2010 AAP.jpg), taken 2010.**

WHEREAS, AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("ASSIGNEE"), a Florida Corporation, is desirous of acquiring the entire right, title, and interest in and to said WORKS and in and to any copyrights thereon arising and/or granted in the United States and foreign countries;

NOW, THEREFORE, for other goods and valuable consideration received by AUTHOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged by said AUTHOR:

1. AUTHOR does hereby sell, assign, transfer, and convey unto ASSIGNEE, the entire right, title, and interest in and to said WORKS and in and to any and all copyrights on said WORKS that may arise and/or may be granted in the United States and any foreign country, and including each and every derivative WORKS arising from said WORKS, whether these rights are existing, contingent, expectant, or otherwise, including without limitation all existing or potential causes of action and claims including, without limitation, those for infringement. These rights apply to:

   a) the preexisting copyright registrations listed above herein; and

b) any other copyright registrations that may arise and/or may be granted in the United States and any foreign country, including registrations for each and every derivative WORK arising from said WORKS.

2. AUTHOR does hereby covenant and agree to cooperate with ASSIGNEE such that ASSIGNEE may enjoy to the fullest extent the right, title, and interest herein conveyed. Such cooperation shall include:

a) prompt execution of all papers (prepared at ASSIGNEE's expense) which are deemed necessary or desirable by ASSIGNEE to perfect in it the right, title, and interest herein conveyed;

b) prompt execution of all petitions, oaths, specifications, declarations, or other papers (prepared at ASSIGNEE's expense) which are deemed necessary or desirable by ASSIGNEE for obtaining copyright registration in the United States and/or foreign countries covering said WORKS or works derived from said WORKS; and

c) prompt assistance and cooperation in the prosecution of legal proceedings involving said WORKS or derivative works therefrom, said registrations granted thereon, including proceedings before any Copyright Office of the United States or any foreign country, and court actions, provided that any expense which may be incurred by said AUTHOR in lending such assistance and cooperation be paid by ASSIGNEE.

3. The terms, covenants, and provisions of this assignment shall inure to the benefit of ASSIGNEE, its agents, successors, assigns, and/or other legal representatives, and shall be binding upon AUTHOR, his heirs, officers, directors, stockholders, agents, servants, representatives, employees, subsidiaries, affiliates, partners, predecessors, successors, and/or assigns.

4. AUTHOR warrants and represents that he has not entered into any assignment, contract, or understanding in conflict herewith.

5. This instrument contains the entire and only agreement between the parties and supersedes all preexisting agreements between them in regards to its subject matter. Any representation, promise, or condition in connection with said subject matter that is not incorporated in this agreement shall not be binding upon either party. No modification, renewal, extension, and/or waiver of this agreement or any of its provisions shall be binding upon the party against whom enforcement is sought, unless made in writing and signed on behalf of such party by one in authority to do so.

IN WITNESS WHEREOF, the ASSIGNOR has executed and delivered this instrument this 9th day of April, 2019.

Robert Stevens
_/s/ Robert Stevens_

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF PALM BEACH    )

Sworn to and subscribed before me this 9th day of April, 2019.

☐ Personally known to me      ☒ Produced identification FL DL S315777-56-146-0

(Seal)  LHYA BARON
Notary Public - State of Florida
Commission # GG 267936
My Comm. Expires Jan 30, 2021
Bonded through National Notary Assn.

_/s/ Lhya Baron_
Notary Public's Signature

Lhya Baron
Notary Public's Printed Name

4843-7862-5090, v. 1