UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81985-CIV-DIMITROULEAS

AFFORDABLE AERIAL PHOTOGRAHY, INC.,

    Plaintiff,

vs.

DOUGLAS ELLIMAN FLORIDA, LLC, et al,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Joint Motion for Order Dropping Certain Defendants with Prejudice [DE 69] ("Joint Motion"). The Court has carefully considered the Joint Motion and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [DE 69] is hereby **GRANTED**;

2. The claims against Defendants Douglas Elliman Florida, LLC d/b/a Douglas Elliman, Chrystalla Neophytou, Gloria Rodrguez-Allsup, LLC, Glorida Rodriguez-Allsup, Mikolaj Bauer, Joan Wenzel Messing, Valerie Coz, P.A., Valerie Coz, Gary Roger Goodwin, Joshua Adam Mcpherson, Ryan Mitchell Gaines, Nicola A. Higgins, P.A., Nicola A. Higgins are hereby **DISMISSED WITH PREJUDICE**;

3. This case remains open and pending as to the remaining defendants, Matthew Bachard and John List.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of March, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record