UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:20-cv-81985-WPD

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

vs.

DOUGLAS ELLIMAN FLORIDA, LLC d/b/a
DOUGLAS ELLIMAN, et al.

    Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, Affordable Aerial Photography, Inc., hereby gives notice of filing Proposed Summons for Defendant, Matthew Bachrad, as attached hereto.

Dated: April 30, 2021

Respectfully submitted,

s:/ *Spensyr Ann Krebsbach*
Lorri Lomnitzer, Esq.
Florida Bar No. 37632
Lorri@Lomnitzerlaw.com
Spensyr Ann Krebsbach, Esq.
Florida Bar No.: 0085132
Sak@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Ste. 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Fax: (561) 953-3455
*Attorneys for the Plaintiff*