**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:20-cv-81985-WPD**

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,
    Plaintiff,

vs.

JOHN LIST, an individual, et al.
    Defendants.
_____/

## PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE CONFIDENTIAL SETTLEMENT AGREEMENT

Plaintiff, AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("Plaintiff"), and Defendant, JOHN LIST ("Defendant") (hereinafter collectively referred to as the "Parties"), by and though their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2) submit this Joint Stipulation for Dismissal without Prejudice with the Court Retaining Jurisdiction to Enforce the Terms of the Confidential Settlement Agreement, and in support hereof, and stipulate and agree as follows:

1. The above-captioned case has been settled by the parties by execution of a Confidential Settlement Agreement. Certain of the terms of the Confidential Settlement Agreement require future compliance through October 31, 2022. Therefore, the Parties request this Honorable Court retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement, without need to file a new action, through November 30, 2022.

2. The effectiveness of this Stipulation of Voluntary Dismissal without Prejudice is expressly conditioned upon the Court entering an Order retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

3. At the request of the parties, upon the Court entering an Order retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement, the entire above-captioned action shall be dismissed with prejudice. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F .3d 1272, 1279-80 (11th Cir. 2012).

4. Each party shall bear his or its own attorneys' fees and costs incurred in the above-captioned action.

5. A proposed Agreed Order Approving this Joint Stipulation is attached hereto as **Exhibit A**.

Dated: February 14, 2022

Respectfully submitted,

| | |
|---|---|
| By: */s/ Spensyr Ann Krebsbach*<br>Lorri Lomnitzer<br>Florida Bar No.: 37632<br>Lorri@Lomnitzerlaw.com<br>Spensyr Ann Krebsbach<br>Florida Bar No.: 85132<br>sak@Lomnitzerlaw.com<br>THE LOMNITZER LAW FIRM, P.A.<br>7999 N. Federal Highway, Suite 202<br>Boca Raton, FL 33487<br>Tel.: (561) 953-9300<br>Direct: (561) 953-9301<br>Fax: (561) 953-3455<br>*Attorneys for Plaintiff* | By: */s/ Susan Dierenfeldt-Troy*<br>Susan Dierenfeldt-Troy<br>Florida Bar No. 0707341<br>Troy & Schwartz, LLC<br>9415 SW 72nd Street, Suite 119<br>Miami, FL 33173<br>Phone: 561-614-2592<br>sdtroy@troyandschwartzlaw.com<br>*Attorneys for Defendant, John List* |