UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-81985-WPD

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,
    Plaintiff,

vs.

JOHN LIST, an individual, et al.
    Defendants.
_____/

**[PROPOSED AGREED] ORDER GRANTING PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE CONFIDENTIAL SETTLEMENT AGREEMENT**

THIS CAUSE came before the Court on the parties' Stipulation of Voluntary Dismissal without Prejudice with Court to Retain Jurisdiction to Enforce the Terms of the Confidential Settlement Agreement. The Court, being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Stipulation of Voluntary Dismissal without Prejudice is approved, and its terms are incorporated herein.

2. Each party shall bear his or its own attorneys' fees and costs incurred in the above-captioned action.

3. The Court retains jurisdiction over this matter through November 30, 2022, to enforce the terms of a Confidential Settlement Agreement entered into between Plaintiffs and Defendants. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F .3d 1272, 1279-80 (11th Cir. 2012).

ENTERED this ___ day of _____, 2022.

                                                          _____
                                                          WILLIAM P. DIMITROULEAS
                                                          UNITED STATED DISTRICT JUDGE